William E. Harris (SBN 76706)
    wharris@harriskaufman.com
Matthew A. Kaufman (SBN 166986)
    mkaufman@harriskaufman.com
HARRIS & KAUFMAN
15260 Ventura Blvd, Ste. 2250
Sherman Oaks, CA 91403
Tel: (818) 990-1999

Attorneys for Plaintiffs, Joshua Hammer;
Thomas R. Keller; Samuel Boyd; Jurgen Boelzle;
Jeffrey Nelson; Donald L. Coulter, II;
Brian Lepkowski; Richard A. Martin; Kirk Pilling,
Robert Shelden; Christopher M. Dahlen

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA HAMMER; THOMAS R. KELLER; SAMUEL BOYD; JURGEN BOELZLE; JEFFREY NELSON; DONALD L. COULTER, II; BRIAN LEPKOWSKI; RICHARD A. MARTIN; KIRK PILLING; ROBERT SHELDEN; CHRISTOPHER M. DAHLEN,<br><br>            Plaintiffs,<br><br>      vs.<br><br>DYNAMIC AVIATION GROUP, INC.; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. CV08-4950 ODW (CWx)<br><br>**[PROPOSED] ORDER REMANDING CASE TO STATE COURT AND FOR SANCTIONS**<br><br>Date: September 29, 2008<br>Time: 1:30<br>Crtm: 11<br><br>Hon. Otis D. Wright, II<br><br>Disc. Cut-Off: None set<br>Pretrial Conference: None set<br>Trial: None set |

/ / /

/ / /

1

2  ~~This matter came regularly on calendar on the above-referenced time and~~
3  ~~date. _____, Esq., Harris & Kaufman appeared for the~~
4  ~~plaintiffs. _____, Esq., appeared for the defendant.~~
5  **Now before the Court is Plaintiffs' Motion to Remand. The Court finds the**
6  **matter appropriate for decision without oral argument.** *See* **Fed. R. Civ. P.**
7  **78; Local Rule 7-15.**

8  After considering the papers filed in the matter ~~and the arguments of~~
9  ~~counsel,~~ the court finds that (1) **it is unclear and ambiguous from the state court**
10 **complaint whether the requisite amount in controversy is pled, and (2) the**
11 **removing Defendant has not established, by a preponderance of the evidence,**
12 **that the amount in controversy exceeds $75,000.** ~~and (2) an award of expenses~~
13 ~~against defendant Dynamic Aviation Group, Inc., and Crowell & Moring, LLP, in~~
14 ~~the amount of $4,800 is just.~~

15  With good cause showing, the court orders as follows:
16  (1) The case shall be remanded to state court;
17  ~~(2) Dynamic Aviation Group, Inc., and Crowell & Moring, LLP, pay the~~
18     ~~expenses of plaintiffs in the amount of $4,800.~~

19

20  DATED:    October 6, 2008

21

22                                  _____
23                                  Hon. Otis D. Wright, II

2